1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY MCMAHON,<br><br>               Plaintiff,<br><br>v.<br><br>DIRECTOR OF NURSING, *et al*,<br><br>               Defendants. | Case No. 3:24-cv-00442-ART-CLB<br><br>**ORDER GRANTING**<br><br>STIPULATION TO<br>DISMISS WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Heidi H. Demers, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, pro se, Jeffrey McMahon, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 23rd day of September 2025.

DATED this 23rd day of September 2025.

AARON D. FORD

Attorney General

_____
Jeffrey McMahon
*Plaintiff,* pro se

/s/ Heidi H. Demers
Heidi H. Demers, Bar No. 17034C
*Deputy Attorney General*
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Anne R. Traum
United States District Judge

DATED: October 9, 2025

Page **2**